**FORM 9** (Rev. 11/93)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| **In the matter of:** | Case No. 08-32292 |
| **BOONE, DANIEL A.** | |
| **BOONE, EMMA M.** | Chapter 7 |
| | |
| | Judge  Guy R. Humphrey |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

      The check in the amount of $89.18 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

**4444444444444444444444444444444444444444444444444444444444**

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Kettering Health Network Credit Union 405 Grand Avenue Dayton, OH 45405 | 12 | $89.18 |

**4444444444444444444444444444444444444444444444444444444444**

| | |
|---|---|
| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
| $0.00 | $89.18 |
| **9/22/2010** | */s/ John Paul Rieser* |
| Dated: _____ | John Paul Rieser, Case Trustee 7925 Graceland St. Dayton, OH 45459 Tel: (937)224-4128   Fax: (937)224-3090 tecfdesk@rieserlaw.com |

cc:  U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH  43215-2403